# EXHIBIT 11

# GHAZWAN ATTO, M.D.,P.C.

# INVOICE

2211 FORT STREET
WYANDOTTE, MI 48192
(734) 246-5705   FAX (734) 246-5750

**DATE:** June 10, 2008
**INVOICE #** 100
**FOR:** Deposition Meeting



**Bill To:**
Attn: Arthur Jones II
Dykema Gossett
2723 S. State Street   Suite 400
Ann Arbor, MI   48104
(734) 214-7607

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition Meeting for: **Pt: David MacDonald**   (One Hour and 30 minutes) | $   450.00 |
| **TOTAL** | **$   450.00** |

Make all checks payable to: Ghazwan A. Atto, M.D.
If you have any questions concerning this invoice, contact N Jean Johns, (734) 246-5705

**THANK YOU FOR YOUR BUSINESS!**