## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DAVID MACDONALD,**

       Plaintiff,

vs.                                              **CASE NO. 07-12022**

**UNITED PARCEL SERVICE, INC.,**                 **HON. MARIANNE O. BATTANI**

       Defendant.

---

| | |
|---|---|
| **DEBORAH L. GORDON, PLC** | **DYKEMA GOSSETT PLLC** |
| **Deborah L. Gordon (P27058)** | **F. Arthur Jones II (P70098)** |
| **Carol A. Laughbaum (P41711)** | **Bonnie Mayfield (P40275)** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 33 Bloomfield Hills Parkway, Suite 275 | 2723 South State Street, Suite 400 |
| Bloomfield Hills, Michigan 48304 | Ann Arbor, Michigan 48104 |
| 248 258 2500 / FAX 248-258-7881 | 734-214-7607/248-203-0851 |
| dgordon@deborahgordonlaw.com | fajones@dykema.com |

---

## PLAINTIFF'S  MOTION FOR A STAY PENDING APPEAL
## WITH RESPECT TO  TAXATION OF COSTS

Plaintiff **David MacDonald**  by his attorneys **Deborah L. Gordon, PLC**  moves for a stay pending appeal with respect to taxation of costs in this matter  pursuant to  this Court's Bill of Costs Handbook and  Fed.R.Civ.P. 62 and states as follows:

**1.**    On June 5, 2009,  this Court issued its Opinion and Order Granting Defendant's Motion for Summary Judgment, and entered a judgment in favor of Defendant.

**2.**    On December 11, 2009, this Court issued its Order denying Plaintiff's Motion for Reconsideration of the summary judgment ruling.

**3.**    Also on December 11, 2009, the Court Clerk taxed costs against Plaintiff David

MacDonald in the amount of $7,670.43.

      **4.**    Plaintiff is appealing this matter, and pursuant to this Court's Bill of Costs Handbook,

§I.B., and Fed. R.Civ. P. 62, moves for a stay pending appeal with respect to any taxation of costs

against Plaintiff.

      **5.**    Plaintiff sought concurrence in his motion, which has been denied.

      WHEREFORE , Plaintiff respectfully requests that this Court enter an Order staying this

matter pending appeal, and postponing any taxation proceedings until the conclusion of appellate

proceedings.

Respectfully submitted,

**DEBORAH L. GORDON, PLC**
**s/Deborah L. Gordon (P27058)**
**Carol A. Laughbaum (P41711)**
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 275
Bloomfield Hills, MI 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

DATED:  December 16, 2009

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAVID MACDONALD,**

      Plaintiff,

vs.                                                                    **CASE NO. 07-12022**

**UNITED PARCEL SERVICE, INC.,**                    **HON. MARIANNE O. BATTANI**

      Defendant.

---

| | |
|---|---|
| **DEBORAH L. GORDON, PLC** | **DYKEMA GOSSETT PLLC** |
| **Deborah L. Gordon (P27058)** | **F. Arthur Jones II (P70098)** |
| **Carol A. Laughbaum (P41711)** | **Bonnie Mayfield (P40275)** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 33 Bloomfield Hills Parkway, Suite 275 | 2723 South State Street, Suite 400 |
| Bloomfield Hills, Michigan 48304 | Ann Arbor, Michigan 48104 |
| 248 258 2500 / FAX 248-258-7881 | 734-214-7607/248-203-0851 |
| dgordon@deborahgordonlaw.com | fajones@dykema.com |

---

**BRIEF IN SUPPORT OF**
**PLAINTIFF'S  MOTION FOR A STAY PENDING APPEAL**
**WITH RESPECT TO  TAXATION OF COSTS**

      Plaintiff relies on the Bill of Costs Handbook and Fed.R.Civ.P. 62 in support of his motion.

      Respectfully submitted,

      **DEBORAH L. GORDON, PLC**
      **s/Deborah L. Gordon (P27058)**
      **Carol A. Laughbaum (P41711)**
      Attorneys for Plaintiff
      33 Bloomfield Hills Parkway, Suite 275
      Bloomfield Hills, MI 48304
      (248) 258-2500
      dgordon@deborahgordonlaw.com

DATED:  December 16, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH L. GORDON, PLC**
s/Deborah L. Gordon (P27058)
Carol A. Laughbaum (P41711)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Ste. 275
Bloomfield Hills, MI 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

4