UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MACDONALD,

    Plaintiff,

v.                              Case No.: 07-cv-12022
                                Hon. Marianne O. Battani

UNITED PARCEL SERVICE,

    Defendant.

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES

The parties to this action stipulate to the dismissal, with prejudice and without costs or attorney's fees, of the Amended Complaint of Plaintiff David MacDonald.

**IT IS HEREBY ORDERED** that the Amended Complaint shall be and hereby is dismissed with prejudice and without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated:  September 14, 2012

                                              s/Marianne O. Battani
                                              United States District Judge

**SO STIPULATED:**

| | |
|---|---|
| s/ Deborah L. Gordon | s/ Bonnie Mayfield |
| Deborah L. Gordon (P27058) | Bonnie Mayfield (P40275) |
| Carol A. Laughbaum (P41711) | Paul A. Wilhelm (P69163) |
| Deborah L. Gordon, PLC | Dykema Gossett PLLC |
| Attorneys for Plaintiff | Attorneys for UPS |
| 33 Bloomfield Hills Parkway, Suite 275 | 39577 Woodward Avenue, Suite 300 |
| Bloomfield Hills, Michigan 48304 | Bloomfield Hills, Michigan 48304 |
| 248.258.2500/248.258.7881 | 248.203.0851/313.568.6966 |
| dgordon@deborahgordonlaw.com | bmayfield@dykema.com |
| claughbaum@deborahgordonlaw.com | pwilhelm@dykema.com |
| | |
| September 11, 2012 | September 11, 2012 |